■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RUSSELL DAWKINS, Appellant.

We find that the trial court properly exercised its discretion in ruling upon defendant's *Sandoval* motion. The probative worth of the evidence on the issue of defendant's credibility outweighed any possible prejudicial effect (*see, People v Sandoval,* 34 NY2d 371).

We have considered defendant's remaining contentions and find that they are either without merit or unpreserved for our review (CPL 470.05 [2]). Lazer, J. P., Gibbons, O'Connor and Weinstein, JJ., concur.